UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BOSTON PIZZA RESTAURANTS, LP,**

   Plaintiff,

v.                               No. 4:23-cv-00913-P

**BOSTCG LLC, ET AL.,**

   Defendants.

## ORDER

Pending before the Court is Plaintiff Boston Pizza Restaurants, LP and Defendants BOSTCG LLC, Piyushkumar Patel, and Smitaben Patel's Joint Stipulation of Partial Dismissal. ECF No. 20. The Court, having considered the Joint Stipulation of Partial Dismissal and noting that it is unopposed, finds there is good cause for its requested relief and hereby **ORDERS** as follows:

It is **ORDERED** BOSTCG, LLC's Original Counterclaims, including all causes of action asserted against Boston Pizza Restaurants, LP, are **DISMISSED with prejudice**, including:

    1. Count 1 – BOSTCG, LLC's breach of contract claim.

    2. Count 2 – BOSTCG, LLC's common law and string-along fraud claim.

Each party shall bear its own fees and costs. The Court maintains jurisdiction of the remaining causes of action that are not subject to dismissal pursuant to the Joint Stipulation of Partial Dismissal (ECF No. 20) and this corresponding order (ECF No. 21).

**SO ORDERED** on this **9th day of July 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE