# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **BOSTON PIZZA RESTAURANTS, LP,** § | | |
|     Plaintiff, § | | |
| § | | |
| v. § | Civil Action No.: 4:23-CV-00913-P | |
| § | | |
| **BOSTCG LLC; PIYUSHKUMAR PATEL;** § | | |
| **AND SMITABEN PATEL,** § | | |
|     Defendants. § | | |

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff/Counter-Defendant Boston Pizza Restaurants, LP, ("*Boston Pizza*"), on one hand; and Defendant/Counter-Plaintiff BOSTCG LLC, ("*BOSTCG*") and Defendants Piyushkumar Patel ("*P. Patel*") and Smitaben Patel ("*S. Patel*"), on the other hand (singularly a "*Party*" and collectively the "*Parties*") by and through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure hereby submit this Joint Stipulation of Final Dismissal with Prejudice, respectfully showing the Court as follows:

The Parties jointly stipulate to the voluntary dismissal with prejudice of all Parties and each of their respective claims, causes of action, and requests for affirmative relief with fees and costs being taxed against the Party incurring the same. Therefore, the Parties stipulate to the voluntary dismissal with prejudice of this civil action without reservation or limitation.

Respectfully submitted,

**PATEL GAINES, PLLC**
221 West Exchange Avenue, Suite 306
Fort Worth, Texas 76164
www.patelgaines.com
(817) 394-4844 Telephone
(817) 394-4344 Facsimile

*/s/ Lance H. "Luke" Beshara*
Lance "Luke" H. Beshara
Texas State Bar No. 24045492
lbeshara@patelgaines.com
**ATTORNEY FOR PLAINTIFF**

*and*

**CRAWFORD, WISHNEW & LANG PLLC**

*/s/ Dave Wishnew*
Dave Wishnew
State Bar No. 24052039
dwishnew@cwl.law
Haleigh Jones
State Bar No. 24097899
hjones@cwl.law
Gracen Daniel
State Bar No. 24116248
gdaniel@cwl.law
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Facsimile: (214) 602-6551
**ATTORNEYS FOR DEFENDANTS**

# CERTIFICATE OF SERVICE

I certify that all current counsel of record have been served with a copy of the foregoing document via the Court's CM/ECF system on the date this document was filed with the Clerk.

*/s/ Lance H. "Luke" Beshara*
Lance H. "Luke" Beshara